# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE HABITAT COMPANY LLC, and ) <br> DANIEL E. LEVIN, ) <br> ) <br>     Plaintiffs, ) <br>   v. ) <br> ) <br> ELLEN H. DALEY, Chief Procurement Officer ) <br> for General Services, in her official capacity, and ) <br> KING HARRIS, KAREN DAVIS, MARY KANE, ) <br> LUZ RAMIREZ, ALYSSA J. RAPP, ) <br> SALVATORE TORNATORE, each in his or her ) <br> official capacity as a member of the Board of ) <br> Directors of the Illinois Housing Development ) <br> Authority, and AUDRA HAMERNIK, in her ) <br> official capacity as the Executive Director of ) <br> the Illinois Housing Development Authority, ) <br> ) <br>     Defendants. ) | No. 19-cv-00379 <br><br> Hon. John J. Tharp, Jr. |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above-captioned action without prejudice. Defendants have not answered the Complaint [Dkt No. 1] or the Amended Complaint [Dkt. No. 19], and have not filed motions for summary judgment. Accordingly, dismissal is permitted without a court order under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 24, 2019        Respectfully submitted,

                                      THE HABITAT COMPANY LLC, and
                                      DANIEL E. LEVIN

                                      By:     /s/ Edward W. Feldman
                                              One of their lawyers

Michael L. Shakman (mlshak@aol.com)
Edward W. Feldman (efeldman@millershakman.com)
Diane F. Klotnia (dklotnia@millershakman.com)
Julia K. Schwartz (jschwartz@millershakman.com)
Miller Shakman & Beem LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700